NO. 12-01-00127-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




JOE HUDNALL ROGERS,
§
 APPEAL FROM THE 

APPELLANT


V.
§
 COUNTY COURT AT LAW OF


LIBERTY SERVICES, INC.,

APPELLEE
§
 SMITH COUNTY, TEXAS







PER CURIAM


 The court's opinion and judgment of November 30, 2001 are withdrawn and the following
are substituted in their place.

 The parties hereto have filed a Joint Motion to Dismiss. That motion has been signed by the
parties' attorneys and represents that the parties' have entered into a settlement agreement. Further,
the parties' request that we dismiss the appeal. Because the parties have met the requirements of
Tex. R. App. P. 42.1(a)(1), the motion is granted, and the appeal is dismissed. Tex. R. App. P.
19.1(a), 42.1(c). 

Opinion delivered January 17, 2002.

Panel consisted of Davis, C.J., and Worthen, J.

Griffith, J., not participating.






(DO NOT PUBLISH)